UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HENRY ANDREW AVERY,

    Plaintiff,

v.                                                   Case No. 3:22cv16729-MCR-HTC

ESCAMBIA COUNTY SHERIFF
DEPT., et al.,

    Defendants.
_____/

## **O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 25, 2023 (ECF No. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

    Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Magistrate Judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

3. The clerk shall close the file.

**DONE AND ORDERED** this 21st day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv16729-MCR-HTC